UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY CUTTINO,<br>    *Plaintiff*,<br><br>    v.<br><br>SENIOR PHILANTHROPY OF NEWINGTON, LLC,<br>    *Defendant*. | No. 3:22-cv-01111 (VAB) |

## SCHEDULING ORDER

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:

- Initial Disclosures are due by **November 04, 2022**.
- Damages analysis due by **November 18, 2022.**
- Designation of experts are due by **December 02, 2022** (Plaintiff).
- Designation of experts are due by **March 03, 2023** (Defendant).
- Designation of expert disclosures are due by **December 02, 2022** (Plaintiff) and **March 03, 2023**(Defendant).
- Fact depositions shall be completed by **May 05, 2023.**
- Fact discovery shall close by **May 05, 2023.**
- Expert discovery and all discovery shall close by **May 05, 2023.**
- Dispositive motions are due by **July 08, 2023**.
- Joint trial memorandum is due thirty (**30) days of the Court's ruling on any dispositive motion, or, if no such motion is filed, August 12, 2023**.
- Trial ready date is within thirty (**30) days after the filing of the joint trial memorandum.**

**SO ORDERED** at Bridgeport, Connecticut, this 12th day of October, 2022.

        /s/ Victor A. Bolden
    Victor A. Bolden
    United States District Judge